■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENE GIDRON, Appellant. [916 NYS2d 839]—Appeal by the defendant from a judgment of the County Court, Nassau County (Ayres, J.), rendered June 20, 2008, convicting him of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

In fashioning its *Sandoval* ruling (*see People v Sandoval*, 34

NY2d 371 [1974]), the trial court "struck an appropriate balance between the probative value of the defendant's prior crimes and the possible prejudice to the defendant" (*People v Townsend*, 70 AD3d 982, 982 [2010]; *see People v Sandoval*, 34 NY2d 371 [1974]). Dillon, J.P., Covello, Florio and Hall, JJ., concur.